```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ROBERT POLLOCK,                                             :
Individually and on behalf of all others                    :
similarly situated,                                         :
                                      Plaintiff,            :      14-CV-4100 (VSB)
                                                            :
                    -v-                                     :      ORDER
                                                            :
HUANG JIA DONG, et al.,                                     :
                                                            :
                                      Defendants            :
------------------------------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2015
```

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of the parties' motion for consolidation of related cases, preliminary approval of the settlement, and certification of a settlement class. The proposed preliminary approval order and notice of pendency and settlement of class action both require an objector to appear in person at the fairness hearing in order to make a timely objection. (Doc. 31, Exs. A-B.) The parties are hereby directed to strike this requirement, and provide revised documents that include language permitting an objector to make an objection without personally appearing, but requiring the objector to provide notification if he or she intends to appear in person.

SO ORDERED.

Dated:    July 15, 2015
            New York, New York

*[signature: Vernon Broderick]*
Vernon S. Broderick
United States District Judge