UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE CHINA CERAMICS CO. LTD. SECURITIES LITIGATION | No. 1:14-cv-04100 (VSB)<br>ECF Case<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

WHEREAS, on or around April 22, 2016, this Court approved the settlement and plaintiffs' motion for attorneys fees [Dkt. Nos. 42, 43];

WHEREAS, on or around April 22, 2016, the Court ordered the parties to either file a stipulation jointly dismissing the action, or file a joint letter explaining why a stipulation was not entered;

1. The parties hereby stipulate to dismissal of this action with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. As set forth in paragraph 71 of the Stipulation of Settlement dated July 22, 2015 [DktNo.33] ("Settlement Stipulation"), the Court shall retain jurisdiction with respect to implementation and enforcement of the terms of the Settlement Stipulation and the administration and consummation of the Settlement Stipulation embodied therein. All Parties submit to the jurisdiction of the Court for purposes of implementing and enforcing the Settlement embodied in the Settlement Stipulation.

4. This stipulation can be executed by in whole or in part by facsimile.

Dated: ~~July~~ August 1, 2016

By: /s/ Gregory Linkh

Brian P. Murray
(bmurray@glancylaw.com)
Gregory B. Linkh
(glinkh@glancylaw.com)
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 2920
New York, New York 10168
Telephone: (212) 682-5340
Facsimile: (212) 884-0988

By: /s/ Phillip Kim (by)

Phillip Kim
(pkim@rosenlegal.com)
Laurence M. Rosen (LR 5733)
THE ROSEN LAW FIRM, P.A.
275 Madison Ave., 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

*Co-Lead Counsel for Plaintiffs*

By: /s/ Thomas P. Battistoni

Thomas P. Battistoni
(tbattistoni@schiffhardin.com)
SCHIFF HARDIN LLP
666 Fifth Avenue, 17th Floor
New York, NY 10103
Telephone: (212) 745-0877
Facsimile: (212) 753-5044

*Counsel for Defendant China Ceramics Co., Ltd.*

By: /s/ Jay K. Musoff

Jay K. Musoff
(jmusoff@loeb.com)
LOEB & LOEB LLP
345 Park Avenue
New York, NY 10154
Telephone: (212) 407-4157
Facsimile: (646) 219-7454

*Counsel for Defendants Paul K. Kelly, William L. Stulginsky, Chen Yan Davis, and Jianwei Liu*

Dated: _____, 2016

_____
HON. VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE